MINUTE ENTRY
MOORE, M.J.
APRIL 25, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

NO. 00-150

DAMION LYONS

SECTION "K"

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_/ DEFENDANT WITH/WITHOUT COUNSEL _____
              _X_/ ASST. U. S. ATTORNEY  _BILL MCSHERRY_ *Matt Coman for*
              _X_/ PROBATION OFFICER _RODD FELIX_____
              ___/ INTERPRETER._____, SWORN  (TIME: _____.M. TO _____.M.)

_X_/ DEFENDANT WAS ADVISED OF HI RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

_____

_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____ *May 5, 2006 at 10:00 AM.*
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_____ *April 27, 2006 at 2:00 PM.*

_X_/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE STANWOOD R. DUVAL, JR.

| MJSTAR:   :  00 |

___ Fee_____
___ Process_____
_X_ Dktd _____
_✓_ CtRmDep_____
___ Doc. No_____