FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  AM 11: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-150** |
| v. | * | **SECTION: "K"** |
| **DAMION S. LYONS** | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

On April 25, 2001, defendant, DAMION S. LYONS was sentenced for violating Title 21, United States Code, Section 841(a)(1), possession with intent to distribute cocaine hydrochloride, by the Honorable Stanwood R. Duval, Jr.

II.

Defendant has violated the terms of his supervised release in the manner set forth in the Petition for Warrant or Summons for Offender Under Supervision attached hereto as Exhibit "A" and made part hereof by reference.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**WHEREFORE**, the Government prays that the defendant, DAIMON S. LYONS, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before United States District Court Judge Stanwood R. Duval, Jr., at the United States District Court, 500 Poydras Street, Room C352, New Orleans, Louisiana, why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JOHN F. MURPHY
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B210
New Orleans, Louisiana 70130
Telephone: (504) 680-3126

Prob 12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 25 AM 11:02
LORETTA G. WHYTE
CLERK

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** DAMION LYONS             **Case Number:** 053L 2:00CR00150-001K

**Name of Sentencing Judicial Officer:** Honorable Stanwood R. Duval Jr.

**Offense:** 21 USC 841(a)(1) - Possession with intent to distribute cocaine hydrochloride

**Date of Sentence:** April 25, 2001

**Sentence:** Fifty-seven months in the custody of the Bureau of Prisons, followed by a supervised release term of three years. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Financial disclosure
2. Orientation and life skills
3. Drug treatment

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** July 12, 2004
**Assistant U.S. Attorney:** Harry W. McSherry, Jr    **Defense Attorney:** Gary Wainwright

---

### PETITIONING THE COURT

[ X ] To issue a warrant                    [ ] To issue a summons

For the arrest of Damion Lyons for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On December 27, 2004, Lyons was arrested by personnel of the New Orleans Police Department and charged with contributing to the delinquency of a juvenile and possession of marijuana, first offense. The charges were nolle prossed in Criminal District Court of Orleans Parish on March 22, 2005, under Case No. 455-302-M3. However, Lyons failed to notify the United States Probation Office of this arrest. |
| Mandatory Condition | On May 30, 2005, Lyons was arrested by personnel of the New Orleans Department and charged with public drunkenness and |

GOVERNMENT
EXHIBIT
A

Fee_____
Process_____
X Dktd_____
V CtRmDep_____
Doc. No_____

| | |
|---|---|
| | obstruction of an officer. These charges are pending in Orleans Parish Municipal Court. Lyons failed to notify the United States Probation Office of this arrest. |
| Mandatory Condition | On July 13, 2004, Lyons submitted a urine specimen to the United States Probation Office which tested positive for cocaine. Lyons admitted to cocaine use. |
| Mandatory Condition | On February 3, 2005, February 10, 2005, February 18, 2005, and February 23, 2005, Lyons submitted urine specimens to the Methodist Counseling Center which tested positive for marijuana. |
| Mandatory Condition | On March 3, 2005, March 4, 2005 and March 11, 2005, Lyons submitted urine specimens to the Methodist Counseling Center which tested positive for morphine and marijuana. |
| Mandatory Condition | On March 23, 2005, Lyons submitted a urine specimen to the Methodist Counseling Center which tested positive for marijuana. |
| | On April 5, 2005 and April 12, 2005, Lyons submitted urine specimens to the Methodist Counseling Center which tested positive for morphine and marijuana. |
| Standard Condition No. 2 | Lyons failed to report to the United States Probation Office as instructed. Appointment notices were mailed to Lyons' residence on March 21, 2005 and May 31, 2005. These notices instructed Lyons to report to the United States Probation Office on March 28, 2005 and June 6, 2005, respectively. Lyons failed to report for these appointments. He has not contacted the United States Probation Office since January 24, 2005. |
| Standard Condition No. 2 | Lyons has not submitted monthly supervision reports in a timely manner. He last submitted a monthly supervision report on January 24, 2005. The reports for January through June 2005, have not been received to this date. |

**CUSTODIAL STATUS:**

Lyons is not in custody at this time.

_[signature]_
Rodd M. Felix
U.S. Probation Officer
August 18, 2005

REVIEWED BY:
_[signature]_
Christy L. Waters
Supervising U. S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date   April 25, 2006

Address of Offender:   122 West Park Court
                       Algiers, LA 70114

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original         - Clerk's Office
   1 Copy Certified - U.S. Attorney
   1 Copy Certified - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

