FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  PM 3: 28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-150** |
| v. | * | **SECTION: "K"** |
| **DAMION S. LYONS** | * | |

\* \* \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that defendant DAIMON S. LYONS show cause before the Court, on the 31st day of May, 2006, at 9:00 a.m. why supervised release granted to him on July 12, 2004 should not be revoked.

New Orleans, Louisiana, this 27th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____