FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8  PM 4: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   00-150 |
| v. | * | SECTION:  "K" |
| DAMION LYONS | * | |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM
## TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respect-fully requests that this Court enter an order allowing John F. Murphy, Assistant United States Attorney be substituted for Harry W. McSherry, as counsel of record for the United States.

**WHEREFORE** undersigned counsel respectfully requests that he be substituted for Harry W. McSherry as counsel of record for the United States of America.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JOHN F. MURPHY
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3126

___ Fee_____
___ Process___
_X_ Dktd____
_✓_ CtRmDep__
___ Doc. No___

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by hand delivery or by mailing same to each, properly addressed and postage prepaid this \_8\_ day of May 2006.

_____
JOHN F. MURPHY
Assistant United States Attorney