FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11  AM 11: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL NO.  00-150

       v.    *    SECTION:   "K"

DAMION LYONS    *

                    *    *    *

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that JOHN F. MURPHY be substituted for HARRY W.

MCSHERRY as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this _10th_ day of May 2006.

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
X  Dktd_____
____ CtRmDep_____
____ Doc. No_____