UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CRIMINAL |
| VS | | NO: 053L 2:00CR00150-001 |
| DAMION LYONS | | SECTION: K |

**MOTION AND ORDER CONTINUING RULE TO REVOKE SUPERVISED RELEASE HEARING**

Now comes Rodd M. Felix, United States Probation Officer, and moves the Court for an order continuing the Rule to Revoke Supervised Release Hearing in the above matter which is set for May 31, 2006, because the probation officer will be out of town for training. Neither the defense counsel nor the Assistant United States Attorney have any objections to this continuance. Therefore, the probation officer moves the Court to coninue the sentencing date in this case until June 28, 2006.

_____
Rodd M. Felix
U.S. Probation Officer

Considering the foregoing, it is ordered that the Rule to Revoke Supervised Release Hearing presently set for May 31, 2006, be continued to June 28, 2006, at 9:00 AM.

New Orleans, Louisiana, this 23 day of May, 2006.

_____
Stanwood R. Duval Jr.
District Judge

___ Fee____
___ Process____
X  Dktd____
✓  CtRmDep____
___ Doc. No____