**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 28, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-150** |
| **DAMION S. LYONS** | **SECTION "K"** |

**RULE TO REVOKE SUPERVISED RELEASE, DOC. 55**

**COURTROOM DEPUTY:  SHEENA DEMAS**
**COURT RECORDER: BONNIE HEBERT**

**APPEARANCES:** John Murphy, John Craft, Rodd Felix & Damion Lyons

Court begins at 9:00 a.m.
Case called.  All present and ready.
See judgment and order revoking defendant's supervised release.
Deft is remanded.
Court adjourns at 9:19 a.m.

JS-10 (:19)