**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-150** |
| **DAMION S. LYONS** | **SECTION "K"** |

### JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On June 28, 2006, defendant, Damion Lyons, appeared in Court with his counsel, John Craft on a Rule to Show Cause Why His Supervised Release Should Not Be Revoked for violation of the terms of his supervised release which were imposed by this Court on April 25, 2001, for violation of 21 U.S.C. § 841(a)(1). At that time, the Court ordered that defendant be placed on supervised release for a term of three years as to Count 1. After hearing the oral stipulations, the Court states that defendant did violate the terms and conditions of his supervised release.

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Judgment and Order of supervised release of April 25, 2001, be and is hereby **RECALLED, REVOKED AND SET ASIDE.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant, Damion Lyons is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 8 months, as to Count 1 and defendant is to be given credit for time served.

**IT IS ORDERED** that Damion Lyons be remanded to the United States Marshal.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and that same shall serve as the commitment herein.

New Orleans, Louisiana, this __30th__ day of June, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE